## DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED, *versus* JAMES LASSELLE, FRANCIS LASSELLE AND JAMES MAY

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Rule to bring bodies *p. 445; (2) special bail *p. 449; (3) continued *p. 473; (4) declaration filed, rule to plead *p. 483; (5) debt remitted, judgment *p. 518.

PAPERS IN FILE: (1) Capias and return; (2) declaration.

*Office Docket*, MS p. 15, c. 27; p. 39-b, c. 41.